THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, against CHRISTOPHER WEST et al., Appellants.

Submitted April 7, 1952; decided April 23, 1952.

*Sidney Roffman* for motion.

*Robert H. Schaffer* and *Henry S. Halprin* opposed.

Motion dismissed upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution. [See 304 N. Y. 645.]